JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARA IYIGUN, as an individual<br><br>Plaintiff,<br><br>vs.<br><br>CAVALRY PORTFOLIO SERVICES LLC, A Delaware Limited Liability Company,<br><br>Defendant. | Case No. CV 12-8682-MWF (JEMx)<br><br>**JUDGMENT** |

In accordance with the Court's March 11, 2013 Order Granting Defendant's Motion to Dismiss (Docket No. 60) and pursuant to Rule 58(d) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Plaintiff Nara Iyigun will take nothing from defendant Cavalry Portfolio Services LLC in this action;
2. The action is dismissed with prejudice; and

3. Defendant Cavalry Portfolio Services LLC may submit an application to tax fees and costs according to statute.

Dated: March 12, 2013    _____

MICHAEL W. FITZGERALD
United States District Judge

2